NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ENHANCED SECURITY RESEARCH, LLC,**
*Plaintiff-Appellant,*

v.

**CISCO SYSTEMS, INC.,
CHECK POINT SOFTWARE TECHNOLOGIES,
LTD., CHECK POINT SOFTWARE TECHNOLOGIES
INC., 3COM CORPORATION,
AND FORTINET, INC.,**
*Defendants-Appellees,*

AND

**INTERNATIONAL BUSINESS MACHINES
CORPORATION,
NOKIA CORPORATION, AND NOKIA INC.,**
*Defendants-Appellees,*

AND

**SONICWALL, INC.,**
*Defendant-Appellee,*

AND

**SOURCEFIRE, INC.,**
*Defendant-Appellee,*

AND

**JUNIPER NETWORKS, INC.,**
*Defendant-Appellee.*

2010-1436, -1437

Appeals from the United States District Court for the District of Delaware in case nos. 09-CV-0390 and 09-CV-0871, Judge Joseph J. Farnan, Jr.

## ON MOTION

## ORDER

Enhanced Security Research, LLC (ESR) moves without opposition to consolidate the above-captioned appeals. ESR also moves without opposition to remove Security Research Holdings, LLC from the caption.

The Court construes ESR's corrected opening brief in 2010-1436 as the opening brief for both consolidated appeals.

Accordingly,

IT IS ORDERED THAT:

(1) The motions are granted. The revised official caption is reflected above.

(2) The appellees shall file their briefs within 40 days from the date of filing of this order.

FOR THE COURT

OCT 26 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 26 2010

JAN HORBALY
CLERK

cc: Sara A. Poulos, Esq.
    Henry B. Gutman, Esq.
    Edward John Defranco, Esq.
    Stefani E. Shanberg, Esq.
    Holmes J. Hawkins, III, Esq.
    Daryl L. Joseffer, Esq.
    Colby B. Springer, Esq.
    Alexander J. Hadjis, Esq.
    Jonathan S. Kagan, Esq.

s19